IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SETH LONG,

    Plaintiff,

  v.

GRACO CHILDREN'S PRODUCTS, INC., et al.,

    Defendants.

No. C 13-01257 WHA

**ORDER MODIFYING BRIEFING SCHEDULE**

    The parties' stipulated request to modify the briefing schedule is **GRANTED IN PART**. Plaintiff shall either file oppositions to the pending motions or amend his complaint by the current deadline of **MAY 24 AT NOON**. If plaintiff files oppositions rather than amending, defendants' replies will be due on **JUNE 3 AT NOON**. All other hearing dates and deadlines remain in place. The stipulated request to extend the deadline to amend the complaint is **DENIED**.

    **IT IS SO ORDERED.**

Dated: May 16, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE