United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SETH LONG,

        Plaintiff,

  v.

GRACO CHILDREN'S PRODUCTS,
INC., et al.,

        Defendants.

_____/

No. C 13-01257 WHA

**ORDER MODIFYING
BRIEFING SCHEDULE**

      The parties' stipulated request to modify the briefing schedule is **GRANTED IN PART**.

Plaintiff shall either file oppositions to the pending motions or amend his complaint by the

current deadline of **MAY 24 AT NOON**.  If plaintiff files oppositions rather than amending,

defendants' replies will be due on **JUNE 3 AT NOON**.  All other hearing dates and deadlines

remain in place.  The stipulated request to extend the deadline to amend the complaint is

**DENIED**.

      **IT IS SO ORDERED.**

Dated:   May 16, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE