United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SETH LONG,

        Plaintiff,

  v.

GRACO CHILDREN'S PRODUCTS,
INC., et al.,

        Defendants.

_____/

No. C 13-01257 WHA

**ORDER DENYING MOTIONS**

     Plaintiff has filed an amended complaint (Dkt. No. 22). Accordingly, the pending motion

to dismiss and motion to strike (Dkt. Nos 15, 17) are **DENIED AS MOOT**.

     **IT IS SO ORDERED.**

Dated:   May 29, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE