IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SETH LONG,

    Plaintiff,

v.

GRACO CHILDREN'S PRODUCTS, INC., et al.,

    Defendants.

No. C 13-01257 WHA

**ORDER DENYING MOTIONS**

Plaintiff has filed an amended complaint (Dkt. No. 22). Accordingly, the pending motion to dismiss and motion to strike (Dkt. Nos 15, 17) are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: May 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE