IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SETH LONG, et al.,

        Plaintiff,

  v.

GRACO CHILDREN'S PRODUCTS, INC., et al.,

        Defendants.

No. C 13-1257 WHA

**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEYS HEIDI DALENBERG AND JOSEPH KRASOVEC, III**

The *pro hac vice* applications of Attorneys Heidi Dalenberg and Joseph Krasovec, III (Dkt. Nos. 23–24) are **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: June 7, 2013.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE