UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH LONG, individually and on behalf of other members of the general public similarly situated,<br><br>           Plaintiff,<br><br>      vs.<br><br>GRACO CHILDREN'S PRODUCTS INC., A Delaware corporation; NEWELL RUBBERMAID INC., a Delaware corporation,<br><br>           Defendants | Case No.: C 13-01257 WHO<br><br>**CLASS ACTION**<br><br>**DISCOVERY MATTER**<br><br>Assigned to Hon. William H. Orrick<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed:   March 20, 2013<br>Trial Date:            October 6, 2014 |

**ORDER**

The Court having considered the Parties' Stipulated Protective Order, **IT IS HEREBY ORDERED**:

That the Protective Order is granted.

**IT IS SO ORDERED**

Dated:  July 22, 2013       By:_____
                            Honorable William H. Orrick
                            United States District Judge