1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH LONG, individually and on behalf of other members of the general public similarly situated,<br><br>   Plaintiff,<br><br>   vs.<br><br>GRACO CHILDREN'S PRODUCTS INC., A Delaware corporation; NEWELL RUBBERMAID INC., a Delaware corporation,<br><br>   Defendants | Case No.: C 13-01257 WHO<br><br>**CLASS ACTION**<br><br>**DISCOVERY MATTER**<br><br>Assigned to Hon. William H. Orrick<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed:  March 20, 2013<br>Trial Date:          October 6, 2014 |

**ORDER**

The Court having considered the Parties' Stipulated Protective Order, **IT IS HEREBY ORDERED**:

That the Protective Order is granted.

**IT IS SO ORDERED**

Dated: July 22, 2013     By:_____
                                              Honorable William H. Orrick
                                              United States District Judge

ORDER RE: STIPULATED PROTECTIVE ORDER
Case No.: C 13-01257 WHO