UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH LONG, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRACO CHILDREN'S PRODUCTS INC. a Delaware corporation; NEWELL RUBBERMAID INC., a Delaware corporation,<br><br>Defendants. | Case No.  C 13 1257 WHO<br><br>Hon. William H. Orrick, III<br><br>**ORDER EXTENDING DEADLINE TO SEEK LEAVE TO ADD NEW PARTIES OR AMEND PLEADINGS**<br><br><br>Complaint filed March 20, 2013 |

Pursuant to the parties' stipulation, the deadline to seek leave to add new parties or amend the pleadings is hereby extended from August 30, 2013 to October 30, 2013.

IT IS SO ORDERED.

Dated: August 30, 2013

_____
Hon. William H. Orrick, III.
Judge of the U.S. District Court

10808-1509
CH2\13464383.1