SCHIFF HARDIN LLP
Rocky N. Unruh, CSB # 84049
runruh@schiffhardin.com
Yakov P. Wiegmann, CSB #245783
ywiegmann@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:    (415) 901-8700
Facsimile:    (415) 901-8701

SCHIFF HARDIN LLP
Joseph J. Krasovec, III (admitted *pro hac vice*)
jkrasovec@schiffhardin.com
Heidi Dalenberg (admitted *pro hac vice*)
hdalenberg@schiffhardin.com
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
Telephone:    (312) 258-5500
Facsimile:    (312) 258-5600

Attorneys for Defendants and Third Party Plaintiffs
GRACO CHILDREN'S PRODUCTS INC. and
NEWELL RUBBERMAID INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH LONG, individually, and on behalf of other members of the general public similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>GRACO CHILDREN'S PRODUCTS INC., a Delaware corporation; NEWELL RUBBERMAID INC., a Delaware corporation,<br><br>          Defendants and Third Party Plaintiffs,<br><br>v.<br><br>AMSAFE COMMERCIAL PRODUCTS, INC., a Delaware corporation; AMSAFE PARTNERS, INC., a Delaware corporation; AMSAFE INC., a Delaware Corporation; and ROES 1-20 inclusive,<br><br>          Third Party Defendants. | Case No.  C 13 1257 WHO<br><br>**VOLUNTARY DISMISSAL OF THIRD PARTY COMPLAINT PURSUANT TO FED. R. CIV. P. 41(c)** |

Pursuant to Fed. R. Civ. P. 41(c) and the parties' tolling agreement, third party plaintiffs, Graco Children's Products Inc. and Newell Rubbermaid Inc., voluntarily dismiss their Third Party Complaint against third party defendants, AmSafe Commercial Products, Inc., AmSafe Partners, Inc., and AmSafe Inc., without prejudice.

Dated: March 11, 2014

SCHIFF HARDIN LLP

By: /s/ Yakov Wiegmann
Rocky N. Unruh
Yakov P. Wiegmann
Attorneys for Defendants and Third Party Plaintiffs GRACO CHILDREN'S PRODUCTS INC. and NEWELL RUBBERMAID INC.

10808-1509
CH2\14353377.1

CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2014, I caused the foregoing to be filed electronically with the U.S. District Court Northern District of California, Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List for this case.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 12, 2014.

        /s/ Yakov P. Wiegmann
        Yakov P. Wiegmann

10808-1509
CH2\14353377.1