UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  July 27, 2015                                                        Judge:  Hon. James Donato

Time: 25 Minutes

Case No.         **C-13-01257-JD**
Case Name     **Long v. Graco Children's Products Inc. et al.**

Court Reporter: Lydia Zinn

Attorney(s) for Plaintiff(s):       Robert Kenneth Friedl/Jordan L. Lurie
Attorney(s) for Defendant(s):   Joseph J. Krasovec, III/Yakov Paul Wiegmann

Deputy Clerk:  Lisa Clark

PROCEEDINGS

Order to Show Cause Hearing - Held

RESULT OF HEARING

The OSC matter is submitted.  A written order will follow.  Plaintiffs will file by 8/3/15 a statement of attorney's fees and costs as discussed during the hearing.