Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Robert K. Friedl (SBN 134947)
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiff Seth Long

SCHIFF HARDIN LLP
Rocky N. Unruh, (SBN # 84049)
runruh@schiffhardin.com
Kathleen A. Stimeling, (SBN # 209226)
kstimeling@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

(*Additional Counsel on following page*)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SETH LONG, individually, and on behalf of other members of the general public similarly situated,<br><br>                Plaintiff,<br><br>        vs.<br><br>GRACO CHILDREN'S PRODUCTS INC., a Delaware corporation; NEWELL RUBBERMAID INC., a Delaware corporation,<br><br>                Defendants. | Case No.:  CV 13-01257-JD<br><br>**JOINT REPORT RE MEDIATION AND REQUEST FOR MODIFICATION OF CLASS CERTIFICATION HEARING DATE AND PRETRIAL FILING DATES TO PROVIDE FOR SETTLEMENT**<br><br>Judge:    Hon. James Donato<br><br><br><br>Complaint Filed: March 20, 2013<br>Trial Date:  None Scheduled |

1  Joseph J. Krasovec, III (admitted pro hac vice)
   jkrasovec@schiffhardin.com
2  Heidi Dalenberg (admitted pro hac vice)
   hdalenberg@schiffhardin.com
3  233 South Wacker Drive, Suite 6600
   Chicago, IL 60606
4  Telephone: (312) 258-5500
   Facsimile: (312) 258-5600
5
   Attorneys for Defendants
6  GRACO CHILDREN'S PRODUCTS INC.
   and NEWELL RUBBERMAID INC.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

On August 26, 2015, the Parties attended a day-long mediation with the Hon. Eugene F. Lynch (Ret.) at JAMS in San Francisco.  With Judge Lynch's assistance, the Parties made significant progress toward a settlement, and Judge Lynch has offered to spend additional time with the Parties.  The Parties have a proposed framework and are working to resolve final details.

As the motion for class certification in this case is scheduled for hearing on September 2, 2015, the Parties hereby respectfully request the Court postpone the hearing and decision on the motion until September 9, 2015, so that the Parties can complete their settlement efforts before there is a determination on the Motion which could adversely affect the Parties' ability to settle this case.

The Parties are aware of this Court's standing order with respect to continuances of Pretrial Conference dates and Trial dates, which may or may not apply to settlement of putative class actions, which take a significant amount of time to document.  Accordingly, the Parties also respectfully request that the Court only extend the dates for Pretrial Filings in the Court's Standing Order for Civil Trials by two weeks so that the Parties are not required to prepare motions in limine while attempting to reach a settlement.  On the present schedule, motions in limine are due to be filed on September 9, 2015.  The Pretrial Conference and Trial dates would stay in place pending a further report to the Court regarding settlement.  The new dates would be as follows: Motions in Limine:  September 23, 2015; Pretrial Filings:  October 7, 2015.

Dated: August 28, 2015

Respectfully submitted,

Capstone Law APC

By: /s/ Robert K. Friedl
    Robert K. Friedl
    Attorneys for Plaintiff Seth Long

Dated: August 28, 2015

Respectfully submitted,

SCHIFF HARDIN LLP

By: /s/ Joseph J. Krasovec, III
    Attorneys for Defendants Graco Children's
    Products Inc. and Newell Rubbermaid Inc.

**Certification of Compliance with N.D. Cal. L.R. 5.1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5.1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 28, 2015.

By: /s/ Robert K. Friedl
Robert K. Friedl

Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-5-                                               Case No. 13-01257 JD
JOINT REPORT RE MEDIATION