Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Robert K. Friedl (SBN 134947)
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiff Seth Long

SCHIFF HARDIN LLP
Rocky N. Unruh, (SBN # 84049)
runruh@schiffhardin.com
Kathleen A. Stimeling, (SBN # 209226)
kstimeling@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

(*Additional Counsel on following page*)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SETH LONG, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GRACO CHILDREN'S PRODUCTS INC., a Delaware corporation; NEWELL RUBBERMAID INC., a Delaware corporation,<br><br>　　　　　Defendants. | Case No.:  CV 13-01257-JD<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:　　Hon. James Donato<br><br><br><br><br>Complaint Filed: March 20, 2013<br>Trial Date:  November 2, 2015 |

1  Joseph J. Krasovec, III (admitted pro hac vice)
   jkrasovec@schiffhardin.com
2  Heidi Dalenberg (admitted pro hac vice)
   hdalenberg@schiffhardin.com
3  233 South Wacker Drive, Suite 6600
   Chicago, IL 60606
4  Telephone: (312) 258-5500
   Facsimile: (312) 258-5600
5
   Attorneys for Defendants
6  GRACO CHILDREN'S PRODUCTS INC.
   and NEWELL RUBBERMAID INC.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

To the Honorable Court:

Plaintiff Seth Long and Defendants Graco Children's Products Inc. and Newell Rubbermaid Inc. hereby report that this matter has settled in principle and the parties are working on the settlement documents.   The parties respectfully request that the Court not rule on class certification so that the settlement can be consummated according to its terms.

Dated: October 9, 2015                                        Respectfully submitted,

                                                                   Capstone Law APC


                                                                   By:  /s/ Robert K. Friedl
                                                                        Robert K. Friedl
                                                                        Attorneys for Plaintiff Seth Long

Dated:  October 9, 2015                                        Respectfully submitted,

                                                                  SCHIFF HARDIN LLP


                                                                  By:  /s/ Joseph J. Krasovec, III
                                                                         Attorneys for Defendants Graco Children's
                                                                         Products Inc. and Newell Rubbermaid Inc.

**Certification of Compliance with N.D. Cal. L.R. 5.1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5.1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 9, 2015.

By:   /s/ Robert K. Friedl
         Robert K. Friedl

Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, CA  90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

-1-   Case No. 13-01257 JD

NOTICE OF SETTLEMENT