| | |
|---|---|
| 1 | Jordan L. Lurie (SBN 130013) |
| | Jordan.Lurie@capstonelawyers.com |
| 2 | Robert K. Friedl (SBN 134947) |
| | Robert.Friedl@capstonelawyers.com |
| 3 | Tarek H. Zohdy (SBN 247775) |
| | Tarek.Zohdy@capstonelawyers.com |
| 4 | Cody R. Padgett (SBN 275553) |
| | Cody.Padgett@capstonelawyers.com |
| 5 | Capstone Law APC |
| | 1840 Century Park East, Suite 450 |
| 6 | Los Angeles, CA 90067 |
| | Telephone: (310) 556-4811 |
| 7 | Facsimile: (310) 943-0396 |

Attorneys for Plaintiff Seth Long

SCHIFF HARDIN LLP
Rocky N. Unruh, (SBN # 84049)
runruh@schiffhardin.com
Kathleen A. Stimeling, (SBN # 209226)
kstimeling@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

(*Additional Counsel on following page*)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH LONG, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRACO CHILDREN'S PRODUCTS INC., a Delaware corporation; NEWELL RUBBERMAID INC., a Delaware corporation,<br><br>Defendants. | Case No.: CV 13-01257-JD<br><br>**SUPPLEMENTAL NOTICE RE SETTLEMENT IN RESPONSE TO COURT ORDER [Dkt. No. 156]**<br><br>Judge: Hon. James Donato<br><br><br><br>Complaint Filed: March 20, 2013<br>Trial Date: Vacated |

| | |
|---|---|
| 1 | |
| 2 | Joseph J. Krasovec, III (admitted pro hac vice) |
| | jkrasovec@schiffhardin.com |
| 3 | Heidi Dalenberg (admitted pro hac vice) |
| | hdalenberg@schiffhardin.com |
| 4 | 233 South Wacker Drive, Suite 6600 |
| | Chicago, IL 60606 |
| 5 | Telephone: (312) 258-5500 |
| | Facsimile: (312) 258-5600 |
| 6 | |
| | Attorneys for Defendants |
| 7 | GRACO CHILDREN'S PRODUCTS INC. |
| | and NEWELL RUBBERMAID INC. |

| | |
|---|---|
| 1 | To the Honorable Court: |
| 2 | Plaintiff Seth Long and Defendants Graco Children's Products Inc. and Newell |
| 3 | Rubbermaid Inc. file this Supplemental Notice of Settlement to respectfully clarify to the Court |
| 4 | the nature of the settlement mediated by (Ret.) Judge Lynch and referred to in the parties' Notice |
| 5 | of Settlement. (Dkt. No. 155.) The settlement resolves Plaintiff's individual claims, and Plaintiff |
| 6 | is filing concurrently a stipulation of dismissal of his individual claims with prejudice pursuant to |
| 7 | FRCP 41(a)(1)(A)(ii) and Rule 23. No class was certified in this action, no putative class |
| 8 | members became parties, no notice of the suit was provided to putative class members, and |
| 9 | putative class members' claims and rights have not been adjudicated or resolved. Because no |
| 10 | class settlement was reached, Plaintiff is not moving for certification of a litigation or settlement |
| 11 | class or for preliminary or final approval of the settlement reached herein. |

Dated: November 3, 2015  Respectfully submitted,

Capstone Law APC

By: /s/ Robert K. Friedl _____
    Robert K. Friedl
    Attorneys for Plaintiff Seth Long

Dated: November 3, 2015  Respectfully submitted,

SCHIFF HARDIN LLP

By: /s/ Joseph J. Krasovec, III
    Attorneys for Defendants Graco Children's
    Products Inc. and Newell Rubbermaid Inc.

- 3 -  Case No. 13-01257 JD

SUPPLEMENTAL NOTICE OF SETTLEMENT

1 | **Certification of Compliance with N.D. Cal. L.R. 5.1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5.1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 3, 2015.


By:    /s/ Robert K. Friedl
       Robert K. Friedl

Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396